## UNITED STATES OF AMERICA
## U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

Plaintiff,

-vs-

2:16-cv-11463-MAG-SDD

NOVARTIS PHARMACEUTICALS
CORPORATION, ALCON LABORATORIES,
INC., and JOHN DOES 1-10,

Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties, pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants Alcon Laboratories, Inc. and Novartis Pharmaceuticals Corporation (collectively "Defendants") with prejudice and without costs.  Plaintiff's putative class claims shall be dismissed without prejudice and without costs.

**IT IS SO ORDERED.**

Dated:  September 1, 2017          s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 1, 2017.

s/Karri Sandusky
Case Manager

STIPULATED AND AGREED:

**MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C.**

**ALCON LABORATORIES, INC. and NOVARTIS PHARMACEUTICALS CORPORATION**

s/ *Daniel A. Edelman*
By one of its attorneys

s/ *Francis A. Citera*
By one of its attorneys

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
312-739-4200
Courtecl@edcombs.com
dedelman@edcombs.com

Francis A. Citera
Gregory E. Ostfeld
Kyle L. Flynn
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
ostfeldg@gtlaw.com
citeraf@gtlaw.com
flynnk@gtlaw.com